PENNSY SUPPLY, INC., Appellant

v.

McDERMITT CONCRETE, INC. a/k/a Caco Three, Inc. and Commonwealth of Pennsylvania, Debarment of Environmental Protection, Appellees.

Supreme Court of Pennsylvania.

Aug. 17, 2009.

### ORDER

PER CURIAM.

**AND NOW,** this 17th day of August, 2009, the Order of the Commonwealth Court is hereby **AFFIRMED,** and Appellant's Application for Oral Argument is **DENIED.**

ASSOCIATION OF PENNSYLVANIA STATE COLLEGE AND UNIVERSITY FACULTIES, Respondent

v.

PENNSYLVANIA LABOR RELATIONS BOARD, Petitioner

Pennsylvania State System of Higher Education, Intervenor.

Supreme Court of Pennsylvania.

Aug. 17, 2009.

### ORDER

PER CURIAM.

**AND NOW,** this 17th day of August, 2009, the Petition for Allowance of Appeal is hereby **GRANTED.** The issue, rephrased for clarity, is:

Whether settlement of collective bargaining negotiations renders charges raised by Union members against the Union prior to the settlement automatically moot.